UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DEANNA M. MATSKO,**
  **Plaintiff,**

vs.                                           5:18-CV-00857 (MAD/TWD)

**THE STATE OF NEW YORK, THE NEW YORK STATE GAMING COMMISSION, and TIMOTHY SAFIN,**
  **Defendants.**

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the State Defendants' motion for summary judgment (Dkt. No. 69) is **GRANTED**; and the Court further **ORDERS** that Defendant Safin's motion for summary judgment (Dkt. No. 70) is **GRANTED**; and the Court further **ORDERS** that Plaintiff's cross motion to amend the amended complaint (Dkt. No. 75) is **DENIED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 14th day of January, 2022.

DATED: January 14, 2022

                                          *[signature]*
                                          Clerk of Court

                                          s/Britney Norton
                                          Deputy Clerk